BRYAN SCHRODER
United States Attorney

JONAS M. WALKER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: jonas.walker@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PETER LEE NORRIS <br> a/k/a PETER LEE BJØRN NÖRRIS, <br><br> Defendant. | No.  3:19-cr-00078-RRB-DMS <br><br> COUNT 1: <br> STALKING <br>   Vio. of 18 U.S.C. §§ 2261A(2)(B) and 2261(b)(6) <br><br> COUNTS 2-3: <br> MAILING THREATENING COMMUNICATIONS <br>   Vio. of 18 U.S.C. § 876(d) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

Beginning on or about a date unknown to the Grand Jury, but not later than March 10, 2017, and continuing through on or about April 3, 2019, within the District of Arizona and the District of Alaska, the defendant, PETER LEE NORRIS, a/k/a PETER LEE BJØRN NÖRRIS; with the intent to injure, harass, intimidate, and place under surveillance

with intent to kill, injure, harass, and intimidate another person; used the mail, any interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce; to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to the other person; and did so in violation of a temporary and permanent civil and criminal injunction, restraining order, no-contact order, and other order described in 18 U.S.C. § 2266.

All of which is in violation of 18 U.S.C §§ 2261A(2)(B) and 2261(b)(6).

## COUNT 2

On or about September 10, 2017, through September 13, 2017, within the District of Arizona and the District of Alaska, the defendant, PETER LEE NORRIS, a/k/a PETER LEE BJØRN NÖRRIS, with intent to extort from any natural person anything of value, knowingly so deposited and caused to be delivered, a communication addressed to any other person and containing any threat to injure the property and reputation of the addressee and of another.

All of which is in violation of 18 U.S.C. § 876(d).

## COUNT 3

On or about April 24, 2019, through April 30, 2019, within the District of Arizona and the District of Alaska, the defendant, PETER LEE NORRIS, a/k/a PETER LEE BJØRN NÖRRIS, with intent to extort from a Federal law enforcement officer anything of value, knowingly so deposited and caused to be delivered, a communication addressed to any other person and containing any threat to injure the property and reputation of the addressee and of another.

All of which is in violation of 18 U.S.C. § 876(d).

A TRUE BILL.

                                                  s/ Grand Jury Foreperson
                                                  GRAND JURY FOREPERSON

s/ Jonas M. Walker
JONAS M. WALKER
United States of America
Assistant U.S. Attorney

s/ Bryan Schroder
BRYAN SCHRODER
United States of America
United States Attorney

DATE:     7-17-19